

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2014

No. 04-14-00899-CV

Laura Leticia Zepeda **VASQUEZ**, Individually and on behalf of the Estate of Jose Abraham Vasquez,Jr.,
Appellants

v.

**LEGEND NATURAL GAS III, LP;** Legend Natural Gas, LLC; Lewis Energy Group, LP; and Lewis Petro Properties, Inc,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 14-07-00119-CVL
Honorable Stella Saxon, Judge Presiding

## O R D E R

Appellant seeks to appeal the trial court's November 20, 2014 "Order Granting All Defendants' TRCP 91a Motions to Dismiss."  Although the order states it grants "all defendants'" motions to dismiss, the order specifically mentions only the motions to dismiss filed by the following defendants: Legend Natural Gas III, LP; Legend Natural Gas, LLC; Lewis Energy Group, LP; and Lewis Petro Properties, Inc.  The order does not dispose of appellant's claims against the following other defendants: Rosetta Resources Operating, LP; Virtex Holdings, LLP; Virtex Operating Co., Inc.; Enterprise Products Holdings LLC; Enterprise Products Co.; and XTO Energy Inc.  The clerk's record does not contain any severance orders.

An order or judgment is final when it disposes of all claims asserted by and against all parties.  *Martinez v. Humble Sand & Gravel, Inc.*, 875 S.W.2d 311, 312 (Tex. 1994); *New York Underwriters Ins. Co. v. Sanchez*, 799 S.W.2d 677, 678-79 (Tex. 1990).  Because it appears appellant's claims against other defendants remain pending, the trial court's November 20, 2014 appears to be a non-appealable interlocutory order over which this court lacks jurisdiction.

Accordingly, appellant is hereby ORDERED to show cause in writing no later than January 9, 2015 why this appeal should not be dismissed for lack of jurisdiction.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2014.



_____
Keith E. Hottle
Clerk of Court